Case No:    11 B 15634

# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | **Lucia Nodal** | Case No. | **11 B 15634** |
| | | Chapter | **13** |
| Property Address: | **4730 West Montana Street Second Floor Chicago  IL  60639-1827** | | |
| Last four digits of any number your use to Identify the debtor's account: | **######4318** | | |
| Court Claim No. (if known) | **9** | | |

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc 3002

**U.S. Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset Backed Certificates, Series 2007-AC1**

("Creditor") hereby responds to that certain Notice of Final Cure Payment dated **12/19/11** and filed as Docket No. **51**

### Pre-Petition Default Payments          Applicable option is checked.

■    Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim

☐    Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

Total Amount Due: _____

Attached as Schedule of Amounts Outstanding on Prepetition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this response.

### Post-Petition Default Payments          Applicable option is checked.

■    Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

☐    Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due: _____

Attached as Schedule of Amounts Outstanding Post-petition Claim is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice.  The amounts outstanding identified on Schedule 2 do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this Response to Cure Notice.

The amounts due identified on this response may not, due to timing, reflect all payments sent to the Bank as of the date of the Cure Statement.  In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by the Bank.

Case No:    11 B 15634

# UNITED STATES BANKRUPTCY COURT

The person completing this Notice must sign it.  Sign and print your name and your title, (if any), and state your address and telephone number if different from the notice address listed on the proof of claim.

Check the appropriate box.

☐ I am the creditor          ■ I am the creditor's authorized agent  (Attach copy of power of attorney, if any.)

| | | | |
|---|---|---|---|
| ✗ | /s/ Joel P. Fonferko | Date | 1/9/12 |
| | Signature | | |
| Print: | Joel P. Fonferko | Title | Attorney for Creditor |
| | First Name    Middle Name    Last Name | | |
| | | | 14-11-21977 |
| Company | Codilis & Associates, P.C. | | |
| Address | 15W030 North Frontage Road, Suite 100 | | |
| | Number          Street | | |
| | Burr Ridge           IL    60527 | | |
| | City                    State    ZIP Code | | |
| Telephone number:  (630) 794-5300 | | email: | ND-Two@il.cslegal.com |

Case No:   11 B 15634

## CERTIFICATE OF SERVICE

     The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on January 9, 2012 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on January 9, 2012.

Marilyn O. Marshall, Chapter 13 Trustee, 224 S Michigan, Ste 800, Chicago, IL 60604 by electronic notice through ECF
Lucia Nodal, Debtor(s), 4730 West Montana Street Second Floor
, Chicago, IL 60639-1827
Timothy K Liou, Attorney for Debtor(s), 900 W Washington blvd, Chicago, IL 60607 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604by electronic notice through ECF


                    /s/ Joel P. Fonferko


  Berton J. Maley ARDC#6209399
  Gloria C. Tsotsos ARDC# 6274279
  Jose G. Moreno ARDC#6229900
  Rachael A. Stokas ARDC#6276349
  Peter C. Bastianen ARDC#6244346
  Joel P. Fonferko ARDC#6276490
  Maria A. Georgopoulos ARDC#6281450
  Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300)
**C&A FILE (14-11-21977)**

NOTE: This law firm is deemed to be a debt collector.