UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  Nodal, Lucia | ) | Case No.  11 B 15634 |
| | ) | Judge Pamela S. Hollis |
| | | Date   03/29/12 |

Debtor Attorney:

Timothy K Liou
900 W Washington Blvd
Chicago, IL  60607-2298

Lucia Nodal
4730 West Montana Street
Second Floor                                                         Mail
Chicago, IL  60639-1827

Mail

# Notice of Payment of Final Mortgage Cure Amount

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Marilyn O. Marshall, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  JP Morgan Chase Bank NA

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 9 | 4318 ARREARS COC | $ 4,346.28 | $ 4,346.28 | $ 4,346.28 |
| Total Amount Paid by Trustee | | | | $ 4,346.28 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

  __X__  Through the Chapter 13 Conduit        _____  Direct by the Debtor(s)

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 29th day of March, 2012.

| | |
|---|---|
| 03/29/12 | /s/ Rosalind Lanier |
| Date | Marilyn O. Marshall |
| | Chapter 13 Trustee |
| | Office of the Chapter 13 Trustee |
| | Suite 800 |
| | 224 South Michigan Avenue |
| | Chicago, IL  60604-2500 |

| | |
|---|---|
| <u>Debtor</u> | <u>US Trustee</u> |
| Lucia Nodal | Patrick S. Layng |
| 4730 West Montana Street | Office of the United States Trustee |
| Second Floor | Dirksen Federal Court House |
| Chicago, IL  60639-1827 | 219 S Dearborn St Rm 873 |
| | Chicago, IL 60604 |
| | |
| | <u>Claim Holder</u> |
| | JP Morgan Chase Bank NA |
| | 3415 Vision Drive |
| | Mail Code OH4-7133 |
| | Columbus, OH  43219 |
| | |
| <u>Debtor Attorney</u> | <u>Attorney for Claim Holder</u> |
| Timothy K Liou | C/O JP Morgan Chase Bank NA |
| 900 W Washington Blvd | 3415 Vision Drive |
| Chicago, IL  60607-2298 | Mail Code OH4-7133 |
| | Columbus, OH  43219 |