UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  Nodal, Lucia                                    )

)

Case No.  11 B 15634

Judge Pamela S. Hollis

Date   03/29/12

Debtor Attorney:

Timothy K Liou
900 W Washington Blvd
Chicago, IL  60607-2298

Lucia Nodal
4730 West Montana Street
Second Floor
Chicago, IL  60639-1827

Mail

Mail

# Notice of Payment of Final Mortgage Cure Amount

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Marilyn O. Marshall, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** OneWest Bank FSB

## Final Cure Amount

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 6 | 6774 COC | $ 300.00 | $ 300.00 | $ 300.00 |
| Total Amount Paid by Trustee | | | | $ 300.00 |

## Monthly Ongoing Mortgage Payment

Mortgage is Paid:

_____  Through the Chapter 13 Conduit        __X__  Direct by the Debtor(s)

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 29th day of March, 2012.

03/29/12
Date

/s/ Rosalind Lanier
Marilyn O. Marshall
Chapter 13 Trustee
Office of the Chapter 13 Trustee
Suite 800
224 South Michigan Avenue
Chicago, IL  60604-2500

Debtor
Lucia Nodal
4730 West Montana Street
Second Floor
Chicago, IL  60639-1827

US Trustee
Patrick S. Layng
Office of the United States Trustee
Dirksen Federal Court House
219 S Dearborn St Rm 873
Chicago, IL 60604

Claim Holder
OneWest Bank FSB
Bankruptcy Dept Attn Cashiering
P O Box 4045
6900 Beatrice Dr
Kalamazoo, MI 49000

Debtor Attorney
Timothy K Liou
900 W Washington Blvd
Chicago, IL  60607-2298

Attorney for Claim Holder
C/O OneWest Bank FSB
Bankruptcy Dept Attn Cashiering
P O Box 4045
6900 Beatrice Dr
Kalamazoo, MI 49000