IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: LUCIA NODAL | ) |
| | ) |
| OneWest Bank, FSB, | ) |
|     Creditor, | ) |
| | ) |
|   vs. | ) CASE NO. 11B15634 |
| | ) JUDGE Pamela S. Hollis |
| LUCIA NODAL, | ) |
|     Debtor | ) |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes OneWest Bank, FSB, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the July 1, 2009 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of April 4, 2012:

```
a. Attorney's Fees                                    $250.00
b. Payments (7/09 – 3/12: 33 @ $3,306.59 ea)     $109,117.47
c. Late Charges                                     $3,193.50
d. Property Inspection                                $298.00
e. Escrow Shortage                                 $12,621.39
f. Outstanding attorney fees & costs                $4,869.00
Total                                             $130,349.36
```

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice OneWest Bank, FSB rights to collect these amounts will be unaffected.

                                        Respectfully Submitted,
                                        OneWest Bank, FSB

                                        /s/Lydia Y. Siu
                                        Lydia Y. Siu
                                        ARDC#6288604

```
Pierce and Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312)346-9088
```